1020

William FREIDAY, Plaintiff-Appellee, v. J. Cheever COWDIN, Defendant-Appellant, and Universal Pictures Company, Inc., Defendant.

No. 49, Docket 21414.

United States Court of Appeals
Second Circuit.

Case called Dec. 5, 1949.

Decided Dec. 5, 1949.

Mudge, Stern, Williams & Tucker, New York City (H. G. Pickering, John Wallis and Robert E. Walsh, New York City, of counsel), for defendant-appellant.

Milton Pollack, New York City, for plaintiff-appellee.

Before L. HAND, SWAN and FRANK, Circuit Judges.

PER CURIAM.

Appeal dismissed, 83 F.Supp. 516, without costs on consent in open court.

Daniel KRIZAN, Appellant, v. Ralph F. BUTLER et al.

No. 13998.

United States Court of Appeals
Eighth Circuit.

Nov. 16, 1949.

Arnold A. Karlins and Irving R. Brand, Minneapolis, Minn., for appellant.

George Hedlund, Osseo, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

HAWKEYE CASUALTY COMPANY, a Corporation, Appellant, v. William C. KUIPER et al.

No. 14020.

United States Court of Appeals
Eighth Circuit.

Nov. 1, 1949.

Gale B. Braithwaite and Joe W. Cadwell, Sioux Falls, S. D., for appellant.

John E. Walsh, Yankton, S. D., F. M. Scoblic, Tyndall, S. D., W. W. French, Yankton, S. D., Holton Davenport, Ellsworth E. Evans and Deming Smith, Sioux Falls, S. D., for appellees.

PER CURIAM.

Appeal from District Court dismissed without prejudice to any of the parties, and without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

John FRENZEL, Appellant, v. Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter.

No. 13980.

United States Court of Appeals
Eighth Circuit.

Nov. 21, 1949.

J. Grant Frye, Cape Girardeau, Mo., for appellant.

Ed Dupree, General Counsel, Office of Housing Expediter, Hugo V. Prucha, Assistant General Counsel, Office of Housing Expediter, and Isadore A. Honig, Special Litigation Attorney, Office of Housing Expediter, Washington, D. C., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of diligent prosecution.